UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANCES COSSE | CIVIL ACTION |
| VERSUS | NO: 06-11198 |
| STATE FARM INSURANCE COMPANY | SECTION: "K"(3) |

## ORDER

It has come to the Court's attention that the issues presneted in this case, specifically the Plaintiff's Motion for Partial Summary Judgment on the Burden of Proof (Rec. Doc. 15), are more appropriately considered under *In re Katrina Canal Breaches Consolidated Litigation*, Civ. A. No. 05-4182.  Accordingly,

**IT IS ORDERED** that this matter is hereby **CONSOLIDATED** *In re Katrina Canal Breaches Consolidated Litigation*, Civ. A. No. 05-4182, and

**IT IS FURTHER ORDERED** that, as all matters concerning insurance coverage of this nature have been stayed bending the outcome of the *Sher* decision by the Louisiana Supreme Court, the Motion for Partial Summary Judgment (Rec. Doc. 15) is **DENIED** without prejudice to be reurged upon lifting of the stay.

New Orleans, Louisiana this   12th   day of February, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE